**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 8, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00056-CV
_____

## IN RE KATY SPRINGS & MANUFACTURING, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-15658**

---

# M E M O R A N D U M   O P I N I O N

On January 25, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to set aside her orders to quash signed December 28, 2011, and January 3, 2012.

A trial court abuses its discretion if it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law, or if it clearly fails to analyze or apply the law correctly. *In re Cerberus Capital Mgmt., L.P.*, 164 S.W.3d 379, 382 (Tex. 2005). In its mandamus petition, relator failed to show that the trial court clearly abused its discretion by sustaining any of the following: (1) the objections by G2 Partners, LLC that the document request in the subpoena is overly broad, unduly burdensome, and constitutes a "fishing expedition," and (2) the objections by the real party in interest that the document request in the subpoena is not confined to claims and injuries alleged or issues relevant to the underlying lawsuit and constitutes a "fishing expedition."

Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.